In the Matter of ALBERT B. WRIGHT et al., as Executors and Trustees under the Will of JENNIE L. WRIGHT, Deceased, Respondents, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF ALBANY et al., Appellants.

In the Matter of JOHN F. NASH, as Executor and Trustee under the Will of ALEXANDER VAN GAASBECK, Deceased, Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF ALBANY et al., Appellants.

In the Matter of 56 NORTH PEARL, INC., Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF ALBANY et al., Appellants.

In the Matter of FLORENCE M. COMPTON, Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF ALBANY et al., Appellants.

In the Matter of UNITED STATES ABSTRACT AND SURETY COMPANY, INC., Respondent, against COMMISSIONER OF ASSESSMENT AND TAXATION OF THE CITY OF ALBANY et al., Appellants.

(Argued April 29, 1935; decided May 21, 1935.)

*George A. Reilly*, Corporation Counsel (*Charles E. Brennan* of counsel), for appellants.

*John J. McManus* for respondents.

*Harold J. Hinman* for United States Abstract and Surety Company, Inc., respondent.

In each proceeding, order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.